UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-00176-01-F

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| RODOLFO PUGA SANCHEZ, | ) | |
| Defendant. | ) | |

The Government is DIRECTED to file a response to Sanchez' Motion Requesting All Discovery Material [DE-58], on or before **February 17, 2012.** The Government should address Sanchez's allegation that "the United States of America . . . has never release [sic] any Discovery Material to the defense prior to pre-trial, Rule 11 proceedings, nor at sentencing or post-sentencing."

SO ORDERED.

This, the _17_ day of January, 2012.

JAMES C. FOX
Senior United States District Judge