UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CR-176-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| RODOLFO PUGA SANCHEZ, | ) | |
| Defendant. | ) | |

This matter is before the court on the *pro se* Motion Requesting All Discovery Material [DE-58] filed by Rodolfo Puga Sanchez ("Sanchez"). The Government has filed a Response [DE-60] in opposition. This matter is now ripe for adjudication.

On June 11, 2008, Sanchez was charged in a four-count indictment alleging one count of possession with intent to distribute a quantity of cocaine, in violation of 21 U.S.C. § 841(a)(1), two counts of an illegal alien in possession of a firearm, in violation of 18 U.S.C. § 922(g)(5) and 924, and one count of possession of a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 924(c). Pursuant to a plea agreement, filed on January 5, 2009, Sanchez pled guilty to count one and four of the indictment.

On January 17, 2012, Sanchez filed this instant motion requesting a release of all discovery materials pursuant to *Giglio v. U.S.*, 405 U.S. 150 (1972). Specifically, Sanchez claims that the Government "has never release any Discovery Materials to the defense prior to pre-trial, Rule 11 proceedings, nor at sentencing or post-sentencing." The Government, in response, states that

discovery materials were sent to counsels[1] for Sanchez on three separate occasions. First, on July 7, 2008, the Government claims that pages one (1) to ninety-six (96) were sent via First Class Mail to Joseph Craven on July 7, 2008. Moreover, the Government contends that on October 6, 2008, pages ninety-seven (97) to ninety-nine (99) were sent via First Class Mail to Andrew McCoppin. Finally, the Government states, on November 26, 2008, page one hundred (100) was sent via facsimile. As proof, the Government attached three exhibits, each of which are letters addressed to counsel indicating the release of discovery material. The Government claims that the pages provided encompass the entire discovery of this case and it appears that there is no evidence to the contrary.

Furthermore, a review of the record indicates that a Rule 11 hearing was conducted on January 5, 2008, in which Sanchez entered into a plea agreement and indicated that he had time to review and discuss this case with his attorney. Therefore, upon consideration, the *pro se* Motion Requesting All Discovery Material [DE-58] filed by Sanchez is **DENIED**.

SO ORDERED.

This the 27th day of February, 2012.

JAMES C. FOX
Senior United States District Judge

---

[1] Initially, Sanchez was appointed Joseph H. Craven to represent him during his criminal proceedings. Subsequently, the court allowed Craven's Motion to Withdraw as Attorney [DE-18] as Sanchez retained the services of R. Andrew McCoppin.